◼ The People of the State of New York, Respondent, v Laquan Plowden, Also Known as Laquan W. Plowden, Also Known as Quani, Appellant. [772 NYS2d 855]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Cacciabaudo, J.), rendered February 9, 2000, convicting him of manslaughter in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the trial court

properly refused to charge the jury on the defense of justification since no reasonable view of the evidence established the elements of that defense (*see People v Reynoso,* 73 NY2d 816 [1988]; *People v Watts,* 57 NY2d 299 [1982]; *People v Battee,* 308 AD2d 596 [2003], *lv denied* 1 NY3d 568 [2003]; *People v Robinson,* 295 AD2d 544 [2002]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). Santucci, J.P., Florio, Schmidt and Townes, JJ., concur.